FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No.: 06-14583   JPC   Judge: JACQUELINE P. COX
Case Name: HAWK ELECTRIC, INC.

For Period Ending: 09/23/08

Trustee Name: BARRY A. CHATZ
Date Filed (f) or Converted (c): 11/08/06 (f)
341(a) Meeting Date: 12/08/06
Claims Bar Date: 03/13/07

Page: 1

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT Chase Bank | 100.00 | 100.00 | DA | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE Dr. Balti | 21,272.64 | Unknown | DA | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE Great Midwest Contracting | 1,141.70 | Unknown | DA | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE Meccon Industries, Inc. | 9,499.81 | Unknown | DA | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE Star Security Systems | 1,200.00 | Unknown | DA | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE Loung's Corp. | 5,888.38 | Unknown | DA | 0.00 | FA |
| 7. AUTOMOBILES 1970 Dynaweld Flatbed | 0.00 | 400.00 | | 400.00 | FA |
| 8. AUTOMOBILES 1992 Momemade Trir | 0.00 | Unknown | DA | 0.00 | FA |
| 9. AUTOMOBILES 1999 Dodge Ram 1500 | 2,000.00 | 2,500.00 | | 2,500.00 | FA |
| 10. AUTOMOBILES 1994 Ford Clubwagon | 0.00 | 2,100.00 | | 2,100.00 | FA |
| 11. AUTOMOBILES 1994 Dodge Caravan | 1,500.00 | 500.00 | | 500.00 | FA |
| 12. OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | 1,350.00 | Unknown | DA | 0.00 | FA |
| 13. MACHINERY, TOOLS & EQUIPMENT | 4,732.00 | 0.00 | | 12,397.00 | FA |
| 14. INVENTORY | 0.00 | Unknown | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 138.85 | 0.00 |

LFORM1

Ver: 14.03a

**EXHIBIT C**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

| Case No: | 06-14583 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | HAWK ELECTRIC, INC. | | | | Date Filed (f) or Converted (c): | 11/08/06 (f) |
| | | | | | 341(a) Meeting Date: | 12/08/06 |
| | | | | | Claims Bar Date: | 03/13/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

TOTALS (Excluding Unknown Values)        $48,684.53        $5,600.00                $18,035.85

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims.

Initial Projected Date of Final Report (TFR): 03/30/08        Current Projected Date of Final Report (TFR): 08/31/08

Ver: 14.03a
LFORM1

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 06-14583 -JPC | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | HAWK ELECTRIC, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9641 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1838 | | | |
| For Period Ending: | 09/23/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/26/07 | | AMERICAN AUCTION ASSOCIATES, INC. | LIQUIDATION OF OTHER SCHEDULED ASSE | | 15,374.65 | | 15,374.65 |
| | 9 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  2,500.00<br>SALE OF 1999 DODGE RAM | 1129-000 | | | |
| | 10 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  2,100.00<br>SALE OF 1994 FORD CLUBWAGON | 1129-000 | | | |
| | 11 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  500.00<br>SALE OF 1994 DODGE CARAVAN | 1129-000 | | | |
| | 7 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  400.00<br>SALE OF FLATBED TRAILER | 1129-000 | | | |
| | 13 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  12,397.00<br>SALE OF MACHINERY, TOOLS & EQUIPMEN<br>Memo Amount:  ( 2,522.35 )<br>AUCTIONEER EXPENSES | 3620-000 | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.03 | | 15,387.68 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.65 | | 15,400.33 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.08 | | 15,413.41 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 12.67 | | 15,426.08 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.10 | | 15,439.18 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 13.11 | | 15,452.29 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 9.84 | | 15,462.13 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 9.85 | | 15,471.98 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 8.27 | | 15,480.25 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 7.40 | | 15,487.65 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 6.14 | | 15,493.79 |
| 02/05/08 | 000301 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM<br>2/1/08 - 2/1/09 | 2300-000 | | 13.22 | 15,480.57 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 3.68 | | 15,484.25 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.66 | | 15,487.91 |
| | | | | Page Subtotals | 15,501.13 | 13.22 | |

LFORM24                                                                                                                      Ver: 14.03a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Case No.: 06-14583 -JPC
Case Name: HAWK ELECTRIC, INC.

Trustee Name: BARRY A. CHATZ
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******9641 Money Market Account (Interest Earn

Taxpayer ID No: *******1838
For Period Ending: 09/23/08

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.17 | | 15,491.08 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.96 | | 15,493.04 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.91 | | 15,494.95 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.97 | | 15,496.92 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.96 | | 15,498.88 |
| 09/23/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.40 | | 15,500.28 |
| 09/23/08 | | Transfer to Acct #*******9803 | Final Posting Transfer | 9999-000 | | 15,500.28 | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 17,897.00 | COLUMN TOTALS | 15,513.50 | 15,513.50 |
| Memo Allocation Disbursements: | 2,522.35 | Less: Bank Transfers/CD's | 0.00 | 15,500.28 |
| | | Subtotal | 15,513.50 | 13.22 |
| Memo Allocation Net: | 15,374.65 | Less: Payments to Debtors | | 0.00 |
| | | Net | 15,513.50 | 13.22 |

Page Subtotals    12.37    15,500.28

Ver: 14.03a
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 06-14583 -JPC | | Trustee Name: | BARRY A. CHATZ | |
|---|---|---|---|---|---|
| Case Name: | HAWK ELECTRIC, INC. | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | Account Number / CD #: | *******9803 BofA - Checking Account | |
| Taxpayer ID No: | *******1838 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| For Period Ending: | 09/23/08 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/23/08 | | Transfer from Acct #*******9641 | Transfer In From MMA Account | 9999-000 | 15,500.28 | | 15,500.28 |

| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 15,500.28 | 0.00 | 15,500.28 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 15,500.28 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | Total Allocation Receipts: | 17,897.00 | | | | | |
| | Total Allocation Disbursements: | 2,522.35 | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Memo Allocation Net: | 15,374.65 | TOTAL - ALL ACCOUNTS | | | | |
| | | | Money Market Account (Interest Earn - *******9641 | | 15,513.50 | 13.22 | 0.00 |
| | | | BofA - Checking Account - *******9803 | | 0.00 | 0.00 | 15,500.28 |
| | | | | | 15,513.50 | 13.22 | 15,500.28 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 15,500.28 0.00