UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| HAWK ELECTRIC, INC. ) | Case No. 06-14583-JPC | |
| ) | | |
| Debtor(s). ) | Hon. JACQUELINE P. COX | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   UNITED STATES BANKRUPTCY COURT
          219 SOUTH DEARBORN ST.
          COURTROOM 619
          CHICAGO, IL  60604

    On: **December 23, 2008**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                  $18,035.85

    Disbursements                                              $2,535.57

    Net Cash Available for Distribution                       $15,500.28

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ<br>*Trustee Compensation* | $0.00 | $2,553.59 | $24.10 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,748.59 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 59.4181% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Ibew Local 701 Fringe Benefit Funds | $19,678.59 | $12,922.59 |
| 000007B | Illinois Department Of Revenue | $2,070.00 | $0.00 |

7. Claims of general unsecured creditors totaling $44,607.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Fox Valley Fire Alarm | $5,576.28 | $0.00 |
| 000002 | Waste Management | $172.30 | $0.00 |
| 000003 | Sunrise Elec. Supply | $28,030.92 | $0.00 |
| 000004 | T-Mobile Usa Inc | $2,327.20 | $0.00 |
| 000005 | Fe Moran Inc Alarm & Monitoring Ser | $8,501.10 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the KENNETH S. GARDNER, CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CHECKING ACCOUNT | $100.00 |
| ACCOUNTS RECEIVABLE | $21,272.64 |
| ACCOUNTS RECEIVABLE | $1,141.70 |
| ACCOUNTS RECEIVABLE | $9,499.81 |
| ACCOUNTS RECEIVABLE | $1,200.00 |
| ACCOUNTS RECEIVABLE | $5,888.38 |
| AUTOMOBILES | $0.00 |

| | |
|---|---:|
| OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | $1,350.00 |
| INVENTORY | $0.00 |
| Post-Petition Interest Deposits | $0.00 |

Dated: **November 21, 2008**                              For the Court,

                                                By:   **KENNETH S. GARDNER**
                                                      KENNETH S. GARDNER
                                                      CLERK OF THE COURT

Trustee:     Barry A. Chatz
Address:     120 S. Riverside Plaza
             Suite 1200
             Chicago, IL  60606-0000
Phone No.:   (312) 876-7100