UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| HAWK ELECTRIC, INC. ) | Case No. 06-14583-JPC | |
| ) | | |
| Debtor(s). ) | Hon. JACQUELINE P. COX | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   UNITED STATES BANKRUPTCY COURT
          219 SOUTH DEARBORN ST.
          COURTROOM 619
          CHICAGO, IL   60604

    On: **December 23, 2008**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                            $18,035.85

    Disbursements                                                        $2,535.57

    Net Cash Available for Distribution                                 $15,500.28

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| BARRY A. CHATZ<br>*Trustee Compensation* | $0.00 | $2,553.59 | $24.10 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,748.59 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 59.4181% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000006 | Ibew Local 701 Fringe Benefit Funds | $19,678.59 | $12,922.59 |
| 000007B | Illinois Department Of Revenue | $2,070.00 | $0.00 |

7. Claims of general unsecured creditors totaling $44,607.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.0000% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Fox Valley Fire Alarm | $5,576.28 | $0.00 |
| 000002 | Waste Management | $172.30 | $0.00 |
| 000003 | Sunrise Elec. Supply | $28,030.92 | $0.00 |
| 000004 | T-Mobile Usa Inc | $2,327.20 | $0.00 |
| 000005 | Fe Moran Inc Alarm & Monitoring Ser | $8,501.10 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the KENNETH S. GARDNER, CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| CHECKING ACCOUNT | $100.00 |
| ACCOUNTS RECEIVABLE | $21,272.64 |
| ACCOUNTS RECEIVABLE | $1,141.70 |
| ACCOUNTS RECEIVABLE | $9,499.81 |
| ACCOUNTS RECEIVABLE | $1,200.00 |
| ACCOUNTS RECEIVABLE | $5,888.38 |
| AUTOMOBILES | $0.00 |

| | |
|---|---:|
| OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | $1,350.00 |
| INVENTORY | $0.00 |
| Post-Petition Interest Deposits | $0.00 |

Dated: **November 21, 2008**                              For the Court,

                                                By:   **KENNETH S. GARDNER**
                                                      KENNETH S. GARDNER
                                                      CLERK OF THE COURT

| | |
|---|---|
| Trustee: | Barry A. Chatz |
| Address: | 120 S. Riverside Plaza |
|  | Suite 1200 |
|  | Chicago, IL  60606-0000 |
| Phone No.: | (312) 876-7100 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Nov 21, 2008
Case: 06-14583                 Form ID: pdf002              Total Served: 61

The following entities were served by first class mail on Nov 23, 2008.
db         +Hawk Electric Inc,    199 King Streeet,    Elk Grove Village, IL 60007-1110
aty        +Eugene Crane,    Crane Heyman Simon Welch & Clar,    135 S Lasalle Ste 3705,
             Chicago, IL 60603-4101
aty        +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
aty        +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty        +Linda M Kujaca,    P.O. Box 254,    Wood Dale, IL 60191-0254
tr         +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
11003826   +AT&T,    Bill Payment Center,    Saginaw, MI 48663-0001
11003822   +Active Credit Services,    PO Box 22329,    Portland, OR 97269-2329
11003823   +Addison Building Supp,    3201 Busse Road,    Arlington Heights, IL 60005-4699
11003824   +Allied Inter State,    PO Box 361315,    Columbus, OH 43236-1315
11003825   +American Bond Attor. IL Energy,    14781 Memorial Dr., #886,    Houston, TX 77079-5210
11003827    Bank of America,    PO Box 60073,    City Of Industry, CA 91716-0073
11003828   +Bidtool.net,    1515 Indian River Blvd., Bldg. A.,,    Vero Beach, FL 32960-5627
11003832    CITI Business,    PO Box 45205,    Jacksonville, FL 32232-5205
11003836   +CSC,    3050 Payshere Circle,    Chicago, IL 60674-0030
11003829    Capitol One Card F.S.B.,    PO Box 790217,    Saint Louis, MO 63179-0217
11003830    Chicago Park Tickets,    City of Chicago,    Chicago, IL
11003831    Citi Bank Card,    PO Box 6309,    The Lakes, NV 88901-6309
11003834    Comm. Supply Corp.,    3050 Payshere Circle,    Carol Stream, IL
11003835   +Corkill Insurance,    1699 Wall Street, #725,    Mount Prospect, IL 60056-5787
11003837   +David Daniels,    417 Clarendon,    Arlington Heights, IL 60004-4619
11003838   +Donald Daniels,    1707 Estates Drive,    Mount Prospect, IL 60056-3517
11129393   +Electrical Insurance Trustees,    David R Shannon,    Tenney & Bentley LLC,
             111 West Washington Street Ste 1900,    Chicago, IL 60602-2769
11003839    Enchar Security,    309 N. Lake Abe., #215,    Mundelein, IL 60060
11003840    Express One,    PO Box 9000070,    Sandy, UT 84090
11003841   +F.E. Moran Inc.,    2202 Fox Drive,    Champaign, IL 61820-7554
11224255   +FE Moran Inc Alarm & Monitoring Services,    2202 Fox Drive,    Champaign, IL 61820-7554
11003842    Federal Express,    c/o American Bureau of Collections,    11100 Main St.,    Buffalo, NY 14209
11003843   +Fox Valley Fire Alarm,    2730 Pinnacle Dr.,    Elgin, IL 60124-7943
11003856    Frank Kolman,    412 Maple Street,    Mount Prospect, IL 60056
11003845    GE Supply,    PO Box 100275,    Atlanta, GA 30384-0275
11003861   +Harry Malone,    619 S. Kennicott Ave.,    Arlington Heights, IL 60005-2249
11003847    Home Depot,    Credit Services,    PO Box 2069,    The Lakes, NV 88901-6029
11003848   +IBEW Local 701 Fringe Benefit Funds,    John F Etzkorn Arnold and Kadjan,
             19 W Jackson Blvd Suite 300,    Chicago, IL 60604-3910
11506179   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
            (address filed with court:   Illinois Department of Revenue,    Bankruptcy Unit,
             100 West Randolph Street 7 400,    Chicago, Illinois  60601)
11003850   +Illinois Dept. Employment Security,    401 S. State,    Chicago, IL 60605-1229
11003849   +Illinois Dept. Employment Security,    33 S. State, 10th Floor,    Chicago, IL 60603-2803
11003851    Illinois Dept. Employment Security,    Northern Region,    260 E. Indian Trail Rd.,
             Aurora, IL 60505
11003852   +Illinois Dept. of Revenue,    P.O. Box 19458,    Springfield, IL 62794-9458
11003853    Illinois Deptment of Revenue,    Springfield, IL 62776-0001
11003854   +Illinois Tollway,    PO Box 037,    Elgin, IL 60121-0037
11003855    Internal Revenue Service,    860 E. Algonquin Rd., #101,    Schaumburg, IL 60173-3808
11003857   +Light Bulb Depot,    9126 Medill Ave.,    Franklin Park, IL 60131-3419
11003858    Linebarger Goggan Blair, et al.,    PO Box 06152,    Chicago, IL 60606-0152
11003859   +Litgen Concrete,    1020 Nerge Road,    Elk Grove Village, IL 60007-3216
11003860   +Malone & Associates,    619 S. Kennicott Ave.,    Arlington Heights, IL 60005-2249
11003862   +Menards,   HSBC Business Solutions,    PO Box 5219,    Carol Stream, IL 60197-5219
11003864   +NEBF,    Five Westchester Corporate Center,    Westchester, IL 60154-5749
11003865    Nextel/Sprint,    PO Box 541023,    Los Angeles, CA 90054-1023
11003870   +Ray Sophie,    5111 Tamarack,    Barrington, IL 60010-5879
11003868    Secretary of State,    State of Illinois,    Springfield, IL
11003869   +Secure Tool,    1235 Capitol Dr., Unit C,    Addison, IL 60101-3177
11003871    Sunrise Elec. Supply,    130 Addison Rd.,    Addison, IL 60101-3865
11003872    T-Mobil,    PO Box 2400,    Young America, MN 55553-2400
11123301   +T-Mobile USA Inc,    Attn Bankruptcy Dept,    PO BOX 53410,    Bellevue, WA 98015-3410
11003873    United Rental,    #629,    PO Box 19633A,    Newark, NJ 07195-0633
11083233   +Waste Management,    Waste Mangement RMC,    2421 W Peoria Ave,    Phoenix, Arizona 85029-4944
11003874   +Waste Management,    2421 W. Peoria Ave., #210,    Phoenix, AZ 85029-4770
11003875   +West Bend Insurance,    1900 S. 18th Ave.,    PO Box 1995,    West Bend, WI 53095-7995

The following entities were served by electronic transmission on Nov 22, 2008.
11003833   +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                             ComEd,
             Bill Payment Center,    Chicago, IL 60668-0001
11003866    E-mail/Text: bankrup@nicor.com                              Nicor,    PO Box 416,
             Aurora, IL 60568-0001
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11003844    Franchise Tax - Secretary of State,    Business Service Dept.
11003846    Harry Malone,    Carl Malone
11003863    National Time and Signa,    28045 Oakland Ct.,    Wixon, WI
11003867    Northwest Lighting,    9405 Holly St. NW,    Coon Rapids
                                                                                              TOTALS: 4, * 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2              Date Rcvd: Nov 21, 2008
Case: 06-14583                Form ID: pdf002          Total Served: 61
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                    **Signature:**    _Joseph Speetjens_