IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| HAWK ELECTRIC, INC. | § § | Case No. 06-14583 |
| Debtor(s) | § § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 40,452.53 | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 12,922.59 | Claims Discharged Without Payment: 31685.21 |
| Total Expenses of Administration: 5,113.26 | |

3) Total gross receipts of $ 18,035.85  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 18,035.85  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,113.26 | 5,113.26 | 5,113.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 44,607.80 | 44,607.80 | 12,922.59 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 49,721.06 | $ 49,721.06 | $ 18,035.85 |

4) This case was originally filed under chapter 7 on 11/08/2006. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/26/2009          By:/s/BARRY A. CHATZ
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES | 1129-000 | 400.00 |
| AUTOMOBILES | 1129-000 | 2,500.00 |
| AUTOMOBILES | 1129-000 | 2,100.00 |
| AUTOMOBILES | 1129-000 | 500.00 |
| MACHINERY, TOOLS & EQUIPMENT | 1129-000 | 12,397.00 |
| Post-Petition Interest Deposits | 1270-000 | 138.85 |
| **TOTAL GROSS RECEIPTS** | | **$ 18,035.85** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,553.59 | 2,553.59 | 2,553.59 |
| BARRY A. CHATZ | 2200-000 | NA | 24.10 | 24.10 | 24.10 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 13.22 | 13.22 | 13.22 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 2,522.35 | 2,522.35 | 2,522.35 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 5,113.26 | $ 5,113.26 | $ 5,113.26 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FE MORAN INC ALARM & MONITORING SER | 7100-000 | NA | 8,501.10 | 8,501.10 | 2,462.72 |
| FOX VALLEY FIRE ALARM | 7100-000 | NA | 5,576.28 | 5,576.28 | 1,615.41 |
| SUNRISE ELEC. SUPPLY | 7100-000 | NA | 28,030.92 | 28,030.92 | 8,120.38 |
| T-MOBILE USA INC | 7100-000 | NA | 2,327.20 | 2,327.20 | 674.17 |
| WASTE MANAGEMENT | 7100-000 | NA | 172.30 | 172.30 | 49.91 |
| TOTAL GENERAL UNSECURED CLAIMS | | $ NA | $ 44,607.80 | $ 44,607.80 | $ 12,922.59 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 06-14583   JPC   Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | HAWK ELECTRIC, INC. | Date Filed (f) or Converted (c): | 11/08/06 (f) |
| | | 341(a) Meeting Date: | 12/08/06 |
| For Period Ending: 09/26/09 | | Claims Bar Date: | 03/13/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT Chase Bank | 100.00 | 100.00 | DA | 0.00 | FA |
| 2. ACCOUNTS RECEIVABLE Dr. Balti | 21,272.64 | Unknown | DA | 0.00 | FA |
| 3. ACCOUNTS RECEIVABLE Great Midwest Contracting | 1,141.70 | Unknown | DA | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE Meccon Industries, Inc. | 9,499.81 | Unknown | DA | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE Star Security Systems | 1,200.00 | Unknown | DA | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE Loung's Corp. | 5,888.38 | Unknown | DA | 0.00 | FA |
| 7. AUTOMOBILES 1970 Dynaweld Flatbed | 0.00 | 400.00 | DA | 400.00 | FA |
| 8. AUTOMOBILES 1992 Momemade Trir | 0.00 | Unknown | DA | 0.00 | FA |
| 9. AUTOMOBILES 1999 Dodge Ram 1500 | 2,000.00 | 2,500.00 | DA | 2,500.00 | FA |
| 10. AUTOMOBILES 1994 Ford Clubwagon | 0.00 | 2,100.00 | | 2,100.00 | FA |
| 11. AUTOMOBILES 1994 Dodge Caravan | 1,500.00 | 500.00 | | 500.00 | FA |
| 12. OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | 1,350.00 | Unknown | DA | 0.00 | FA |
| 13. MACHINERY, TOOLS & EQUIPMENT | 4,732.00 | 0.00 | | 12,397.00 | FA |
| 14. INVENTORY | 0.00 | Unknown | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 138.85 | 0.00 |

LFORM1

Page: 1

Ver: 15.00a

**Exhibit 8**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

| Case No: | 06-14583 JPC Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | HAWK ELECTRIC, INC. | Date Filed (f) or Converted (c): | 11/08/06 (f) |
| | | 341(a) Meeting Date: | 12/08/06 |
| | | Claims Bar Date: | 03/13/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $48,684.53 | $5,600.00 | | $18,035.85 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Gross Value of Remaining Assets

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims.

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1                                                                 Ver: 15.00a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-14583 -JPC | | Trustee Name: | BARRY A. CHATZ | | Page: 1 |
|---|---|---|---|---|---|---|
| Case Name: | HAWK ELECTRIC, INC. | | Bank Name: | BANK OF AMERICA, N.A. | | |
| Taxpayer ID No: | *******1838 | | Account Number / CD #: | *******9641 Money Market Account (Interest Earn | | |
| For Period Ending: | 09/26/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/26/07 | | AMERICAN AUCTION ASSOCIATES, INC. | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 15,374.65 | | 15,374.65 |
| 02/26/07 | 9 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  2,500.00 SALE OF 1999 DODGE RAM | 1129-000 | | | |
| 03/30/07 | 10 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  2,100.00 SALE OF 1994 FORD CLUBWAGON | 1129-000 | | | |
| | 11 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  500.00 SALE OF 1994 DODGE CARAVAN | 1129-000 | | | |
| | 7 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  400.00 SALE OF FLATBED TRAILER | 1129-000 | | | |
| | 13 | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  12,397.00 SALE OF MACHINERY, TOOLS & EQUIPMEN | 1129-000 | | | |
| | | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount:  (  2,522.35 ) AUCTIONEER EXPENSES | 3620-000 | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | | 13.03 | 15,387.68 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | | 12.65 | 15,400.33 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | | 13.08 | 15,413.41 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | | 12.67 | 15,426.08 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | | 13.10 | 15,439.18 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | | 13.11 | 15,452.29 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | | 9.84 | 15,462.13 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | | 9.85 | 15,471.98 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | | 8.27 | 15,480.25 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | | 7.40 | 15,487.65 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | | 6.14 | 15,493.79 |
| 02/05/08 | 000301 | INTERNATIONAL SURETIES, LTD. | 2/1/08 - 2/1/09 CHAPTER 7 BOND PREMIUM | 2300-000 | | 13.22 | 15,480.57 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | | 3.68 | 15,484.25 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | | 3.66 | 15,487.91 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | | 3.17 | 15,491.08 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | | 1.96 | 15,493.04 |
| | | | | Page Subtotals | 15,506.26 | 13.22 | |

LFORM24

Ver: 15.00a

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 06-14583 -JPC |
|---|---|
| Case Name: | HAWK ELECTRIC, INC. |
| Taxpayer ID No: | ********1838 |
| For Period Ending: | 09/26/09 |

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ********9641 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.91 | | 15,494.95 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.97 | | 15,496.92 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.96 | | 15,498.88 |
| 09/23/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.40 | | 15,500.28 |
| 09/23/08 | | Transfer to Acct #*******9803 | Final Posting Transfer | 9999-000 | | 15,500.28 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 15,513.50 | 15,513.50 |
| | Less: Bank Transfers/CD's | | 0.00 | 15,500.28 |
| | Subtotal | | 15,513.50 | 13.22 |
| | Less: Payments to Debtors | | | 0.00 |
| | Net | | 15,513.50 | 13.22 |

| Memo Allocation Receipts: | 17,897.00 |
|---|---|
| Memo Allocation Disbursements: | 2,522.35 |
| Memo Allocation Net: | 15,374.65 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-14583 -JPC | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | HAWK ELECTRIC, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9803 BofA - Checking Account |
| Taxpayer ID No: | *******1838 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 09/26/09 | Separate Bond (if applicable): | |

Page: 3

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/23/08 | | Transfer from Acct #*******9641 | Transfer In From MMA Account | 9999-000 | 15,500.28 | | 15,500.28 |
| 01/13/09 | 003001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 2,553.59 | 12,946.69 |
| 01/13/09 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 24.10 | 12,922.59 |
| 01/13/09 | 003003 | Fox Valley Fire Alarm<br>2730 Pinnacle Dr.<br>Elgin, IL 60123 | Claim 000001, Payment 28.96931% | 7100-000 | | 1,615.41 | 11,307.18 |
| 01/13/09 | 003004 | Waste Management<br>Waste Mangement RMC<br>2421 W Peoria Ave<br>Phoenix, Arizona 85029 | Claim 000002, Payment 28.96692% | 7100-000 | | 49.91 | 11,257.27 |
| 01/13/09 | 003005 | Sunrise Elec. Supply<br>130 Addison Rd.<br>Addison, IL 60101-3865 | Claim 000003, Payment 28.96937% | 7100-000 | | 8,120.38 | 3,136.89 |
| 01/13/09 | 003006 | T-Mobile USA Inc<br>Attn Bankruptcy Dept<br>PO BOX 53410<br>Bellevue, WA 98015 | Claim 000004, Payment 28.96915% | 7100-000 | | 674.17 | 2,462.72 |
| 01/13/09 | 003007 | FE Moran Inc Alarm & Monitoring Services<br>2202 Fox Drive<br>Champaign, IL 61820 | Claim 000005, Payment 28.96943% | 7100-000 | | 2,462.72 | 0.00 |
| | | | | Page Subtotals | 15,500.28 | 15,500.28 | |

LFORM24                                                                                                                                                                Ver: 15.00a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 06-14583 -JPC | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | HAWK ELECTRIC, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******1838 | Account Number / CD #: | ********9803 BofA - Checking Account |
| For Period Ending: | 09/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
| --- | --- | --- | --- |
| | COLUMN TOTALS | | 15,500.28 | 15,500.28 | 0.00 |
| | Less: Bank Transfers/CD's | | 15,500.28 | 0.00 | |
| | Subtotal | | 0.00 | 15,500.28 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 15,500.28 | |

| | | | | | NET | NET | ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | TOTAL - ALL ACCOUNTS | | | | DEPOSITS | DISBURSEMENTS | BALANCE |
| Money Market Account (Interest Earn - ********9641 | | | | | 15,513.50 | 13.22 | 0.00 |
| BofA - Checking Account - ********9803 | | | | | 0.00 | 15,500.28 | 0.00 |
| | | | | | 15,513.50 | 15,513.50 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Total Allocation Receipts: | 17,897.00 |
| --- | --- |
| Total Allocation Disbursements: | 2,522.35 |
| Total Memo Allocation Net: | 15,374.65 |

| Memo Allocation Receipts: | 0.00 |
| --- | --- |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |